UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                  **CHAPTER 13**

FAY C. LATOUCHE,                     **CASE NO. 16-35909 (CGM)**

                       Debtor.
----------------------------------------------------------------X

## ORDER MODIFYING DEBTOR'S CONFIRMED CHAPTER 13 PLAN

UPON, the Notice of Motion and Motion of FAY C. LATOUCHE, by her attorney Michael A. Fakhoury, Esq. P.C. and upon the reading and filing of said Notice of Motion and Affirmation in Support of Motion dated, December 22, 2016, and the issues raised by said Motion having come before this Court on March 28, 2017, and there being no papers filed in opposition thereto, and after a hearing and deliberation it is

NOW, on the motion of Michel A. Fakhoury, Esq. P.C. attorney for the debtor, pursuant to 11 U.S. C. §1329 (a) (1), hereby

ORDERED, that the debtor is to file and duly serve an Amended Plan which correctly states the term of her Chapter 13 plan as "from $200 each month from June 14, 2016 through May 14, 2017; and $700.00 each month from June 14, 2017 through May 14, 2020; and $1,285.00 each month from June 14, 2020 through May 14, 2021.



**Dated: April 3, 2017**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**